**Electronically Filed
Supreme Court
SCWC-12-0000932
17-JUL-2017
02:04 PM**

SCWC-12-0000932

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEVEN KALANI PALAMA, SUCCESSOR TRUSTEE OF THE
PHILIP K. PALAMA, JR., REVOCABLE LIVING TRUST
DATED JULY 19, 1994, et al.,
Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

GILBERT MEDEIROS, SR., et al.,
Petitioners/Defendants-Appellants/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000932; CIVIL NO. 99-0050)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant/Cross-Appellee Antone Medeiros' application for writ of certiorari, filed on June 6, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 17, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



1